UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHONTE RUCKER,

                         Plaintiff,

    —against—

                                                      **JUDGMENT**
                                                        16-CV-1388 (RRM)

NANCY A. BERRYHILL,

                         Defendant.
-------------------------------------------------------------------X

      A Memorandum and Order having been issued by the undersigned this day, granting Defendant's motion for judgment on the pleadings and denying plaintiff's cross-motion, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff Shonte Rucker take nothing as against defendant Nancy A. Berryhill.

      The Clerk of Court is directed to dismiss this action and close the file.

                                                     SO ORDERED.

Dated:  Brooklyn, New York             *Roslynn R. Mauskopf*
         March 14, 2018

                                            _____
                                            ROSLYNN R. MAUSKOPF
                                            United States District Judge